IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

Case No. 00-6138-CIV-Moore
Magistrate Judge O'Sullivan

MAUREEN LEWINSOHN,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.

_____/



## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Humana Inc. ("Humana"), by and through its undersigned counsel, moves under Fed.R.Civ.P. 12(b)(6) to dismiss Plaintiff's Complaint in its entirety. In support of this Motion, Humana submits the accompanying Memorandum of Law citing supporting authorities, as required by Rule 7.1 of the Local Rules of this Court.

WHEREFORE, based on the reasons and supporting authorities set forth in Humana's accompanying Memorandum of Law, Humana prays this Court dismiss Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(6) and grant such further relief as is just and proper.

Respectfully submitted,

_____
Peter A. Sachs

| | |
|---|---|
| Of Counsel:<br>O'MELVENY & MYERS LLP<br>555 13th Street, N.W.<br>Suite 500 West<br>Washington, D.C. 20004<br>(202) 383-5300 | Florida Bar No. 349062<br>JONES, FOSTER, JOHNSTON & STUBBS, P.A.<br>Attorneys for Defendant<br>505 South Flagler Drive, Suite 1100<br>Post Office Box 3475<br>West Palm Beach, Florida 33402-3475<br>(561) 659-3000 |

DC1:423370.1

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on James Fox Miller, Esquire, Charles Fox Miller, Esquire, Greg A. Lewen, Esquire, 2435 Hollywood Boulevard, Hollywood, FL 33020 on this 22nd day of February, 2000.

Of Counsel:
O'MELVENY & MYERS LLP
555 13th Street, N.W.
Suite 500 West
Washington, D.C.
(202) 383-5300

JONES, FOSTER, JOHNSTON & STUBBS, P.A.
Attorneys for Defendant
505 South Flagler Drive, Suite 1100
Post Office Box 3475
West Palm Beach, Florida 33402-3475
(561) 659-3000

By: _____
Peter A. Sachs
Florida Bar No. 349062

N:\PAS\humanageneral\certservice4.wpd