IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6138-CIV-MOORE

MAUREEN LEWINSOHN,

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/

**ORDER OF TRANSFER**

FILED by _____ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

    GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to Local Rule 3.9(C), S.D. Fla. L.R., due to lower-numbered Case No. 99-3309-CIV-MORENO, and subject to the consent of the Honorable Federico A. Moreno, it is

    ADJUDGED that the above-numbered action is transferred to the calendar of the Honorable Judge Moreno for all further proceedings.

    DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of March, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

    After reviewing the court file in the above-numbered action, the undersigned hereby accepts the transfer of said case. Therefore, it is

    ADJUDGED that all pleadings hereinafter filed shall bear Case No. 00-3309-CIV-MORENO, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

    THE FOREGOING transfer is herewith accepted this ___ day of _____, 2000.

UNITED STATES DISTRICT JUDGE
FEDERICO A. MORENO

cc:    Lucy Lara, Case Assignments Clerk
        All Counsel of Record