UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6138-CIV-MORENO

MAUREEN LEWINSOHN,

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/



FILED by ___ D.C.
JUN 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ADMINISTRATIVE ORDER

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. No. 4)**, filed on **February 23, 2000**, and upon Defendant's Motion to Stay **(D.E. No. 5)**, filed on **February 23, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that in light of this case being dismissed the motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

James F. Miller, Esq.
Charles F. Miller, Esq.
Greg A. Lewen, Esq.
**MILLER, SCHWARTZ & MILLER, P.A.**
P.O. Box 7259
Hollywood, FL 33081

John H. Beisner, Esq.
**O'MELVENY & MYERS**
555 13th Street NW
Suite 500 West
Washington, DC 20004-1109

Peter Alan Sachs, Esq.
**JONES FOSTER JOHNSTON & STUBBS**
505 S Flagler Drive
Suite 1100 PO Box 3475
West Palm Beach, FL 33402-3475

Henry N. Adorno, Esq.
Raoul G. Cantero, III, Esq.
**ADORNO & ZEDER, P.A.**
2601 South Bayshore Drive, Suite 1600
Miami, FL 33133